UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

INFINITY AIR, INC.,

                        **Plaintiff,**

               v.                                  Civil No.6:14-cv-00281-AA

ADRIATIC INSURANCE COMPANY,
                        **Defendant.**

_____

# JUDGMENT

This action is dismissed with prejudice and without costs or attorney fees to either party.

Dated: August 11, 2015

                        MARY L. MORAN, Clerk

                        by /s/ R. Henshaw
                            R. Henshaw, Deputy Clerk